FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 0 9 2026

KEVIN P WEIMER, Clerk
By:  ____  Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TEMEKA STROZIER, *et al.*

    Plaintiffs,

      v.

MELODY MADDOX

    Defendant.

CIVIL ACTION NO.
1:22-cv-03342-TRJ

## VERDICT

We, the jury, find as follows:

### TEMEKA STROZIER

**Do you find from a preponderance of the evidence:**

1. That inmates harassed Temeka Strozier because of her sex?

   (Yes) or No   _yes_

If your answer is "No," this ends your deliberations for Ms. Strozier, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Temeka Strozier?

   (Yes) or No   _yes_

If your answer is "No," this ends your deliberations for Ms. Strozier, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

3. That Temeka Strozier's supervisors, or a person with the authority to receive, address, or report a complaint of harassment knew, or in the exercise of

reasonable care should have known, about the hostile work environment?

 Yes or No _____yes_____

If your answer is "No," this ends your deliberations for Ms. Strozier, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

4. That Temeka Strozier's supervisors, or a person with the authority to receive, address, or report a complaint of harassment, took prompt remedial action to eliminate the hostile work environment?

 Yes or No _____NO_____

If your answer is "Yes," this ends your deliberations for Ms. Strozier, and you should move to the next Plaintiff. If your answer is "No," go to the next question.

5. That Temeka Strozier suffered damages because of the hostile work environment?

 Yes or No _____yes_____

If your answer is "No," this ends your deliberations for Ms. Strozier, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

6. That Temeka Strozier should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

 Yes or No _____~~YES~~ NO_____

If your answer is "Yes,"

in what amount?  $ ~~illegible~~

7. That Temeka Strozier should be awarded damages to compensate for emotional pain and mental anguish?

2



Yes or No                          _yes_

If your answer is "Yes,"

     in what amount?           $ _50,000_

## LATESHA DIXON

**Do you find from a preponderance of the evidence:**

1. That inmates harassed Latesha Dixon because of her sex?



Yes or No              _yes_

If your answer is "No," this ends your deliberations for Ms. Dixon, and you should

move to the next Plaintiff. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Latesha Dixon?



Yes or No              _yes_

If your answer is "No," this ends your deliberations for Ms. Dixon, and you should

move to the next Plaintiff. If your answer is "Yes," go to the next question.

3. That Latesha Dixon's supervisors, or a person with the authority to receive,

    address, or report a complaint of harassment knew, or in the exercise of

    reasonable care should have known, about the hostile work environment?



Yes or No              _yes_

If your answer is "No," this ends your deliberations for Ms. Dixon, and you should

move to the next Plaintiff. If your answer is "Yes," go to the next question.

4. That Latesha Dixon's supervisors, or a person with the authority to receive,

    address, or report a complaint of harassment, took prompt remedial action to

eliminate the hostile work environment?

Yes or (No)                    NO

If your answer is "Yes," this ends your deliberations for Ms. Dixon, and you should

move to the next Plaintiff. If your answer is "No," go to the next question.

5. That Latesha Dixon suffered damages because of the hostile work

environment?

(Yes) or No                    yes

If your answer is "No," this ends your deliberations for Ms. Dixon, and you should

move to the next Plaintiff. If your answer is "Yes," go to the next question.

6. That Latesha Dixon should be awarded damages to compensate for a net loss

of wages and benefits to the date of your verdict?

Yes or (No)                    NO

If your answer is "Yes,"

in what amount?                $_____

7. That Latesha Dixon should be awarded damages to compensate for emotional

pain and mental anguish?

(Yes) or No                    yes

If your answer is "Yes,"

in what amount?                $ 50,000

4

CRYSTAL PHILLIBERT

**Do you find from a preponderance of the evidence:**

1. That inmates harassed Crystal Phillibert because of her sex?

    Yes or No          _yes_

If your answer is "No," this ends your deliberations for Ms. Phillibert, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Crystal Phillibert?

    Yes or No          _yes_

If your answer is "No," this ends your deliberations for Ms. Phillibert, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

3. That Crystal Phillibert's supervisors, or a person with the authority to receive, address, or report a complaint of harassment knew, or in the exercise of reasonable care should have known, about the hostile work environment?

    Yes or No          _yes_

If your answer is "No," this ends your deliberations for Ms. Phillibert, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

4. That Crystal Phillibert's supervisors, or a person with the authority to receive, address, or report a complaint of harassment, took prompt remedial action to eliminate the hostile work environment?

   Yes or  No          _No_

5

If your answer is "Yes," this ends your deliberations for Ms. Phillibert, and you should move to the next Plaintiff. If your answer is "No," go to the next question.

5. That Crystal Phillibert suffered damages because of the hostile work environment?



Yes or No          yes

If your answer is "No," this ends your deliberations for Ms. Phillibert, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

6. That Crystal Phillibert should be awarded damages to compensate for emotional pain and mental anguish?



Yes or No          yes

If your answer is "Yes,"

    in what amount?          $ 50,000

EBONY BOSWELL

Do you find from a preponderance of the evidence:

1. That inmates harassed Ebony Boswell because of her sex?



Yes or No          yes

If your answer is "No," this ends your deliberations for Ms. Boswell, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Ebony Boswell?



Yes or No          yes

6

If your answer is "No," this ends your deliberations for Ms. Boswell, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

3. That Ebony Boswell's supervisors, or a person with the authority to receive, address, or report a complaint of harassment knew, or in the exercise of reasonable care should have known, about the hostile work environment?

Yes or No           yes

If your answer is "No," this ends your deliberations for Ms. Boswell, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

4. That Ebony Boswell's supervisors, or a person with the authority to receive, address, or report a complaint of harassment, took prompt remedial action to eliminate the hostile work environment?

Yes or No           NO

If your answer is "Yes," this ends your deliberations for Ms. Boswell, and you should move to the next Plaintiff. If your answer is "No," go to the next question.

5. That Ebony Boswell suffered damages because of the hostile work environment?

Yes or No           yes

If your answer is "No," this ends your deliberations for Ms. Boswell, and you should move to the next Plaintiff. If your answer is "Yes," go to the next question.

6. That Ebony Boswell should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Yes or No           NO

If your answer is "Yes,"

in what amount?    $

7. That Ebony Boswell should be awarded damages to compensate for emotional

pain and mental anguish?

Yes or No    <u>yes</u>

If your answer is "Yes,"

in what amount?    $ <u>50,000</u>

## PEACHES DESIR

**Do you find from a preponderance of the evidence:**

1. That inmates harassed Peaches Desir because of her sex?

Yes or No    <u>yes</u>

If your answer is "No," this ends your deliberations for Ms. Desir, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Peaches Desir?

Yes or No    <u>yes</u>

If your answer is "No," this ends your deliberations for Ms. Desir, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Peaches Desir's supervisors, or a person with the authority to receive, address, or report a complaint of harassment knew, or in the exercise of

8

reasonable care should have known, about the hostile work environment?

(Yes) or No          _yes_

If your answer is "No," this ends your deliberations for Ms. Desir, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Peaches Desir's supervisors, or a person with the authority to receive, address, or report a complaint of harassment, took prompt remedial action to eliminate the hostile work environment?

Yes or (No)          _NO_

If your answer is "Yes," this ends your deliberations for Ms. Desir, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

5. That Peaches Desir suffered damages because of the hostile work environment?

(Yes) or No          _yes_

If your answer is "No," this ends your deliberations for Ms. Desir, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6. That Peaches Desir should be awarded damages to compensate for emotional pain and mental anguish?

(Yes) or No          yes
                     _$50,000_

9

If your answer is "Yes,"

     in what amount?       $ 50,000

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 01/09/2026

10